1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GENTRY WILLIAMS,                          No.  2:19-cv-0486 MCE DB P

12                    Plaintiff,

13          v.                                   ORDER

14    J. FANNON,

15                    Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se.  On June 24, 2020, plaintiff filed a motion

18    for e-service on defendant Fannon.  Plaintiff is advised that on June 22, notice was filed that

19    defendant Fannon waived service of the complaint.  Accordingly, defendant Fannon was served

20    effective April 17, 2020.  (See ECF No. 31.)

21          Because service has been effected on defendant Fannon, IT IS HEREBY ORDERED that

22    plaintiff's motion for e-service (ECF No. 32) is denied as moot.

23    Dated:  November 2, 2020

24

25

26                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
27    DLB:9
      DB/prisoner-civil rights/will0486.mot for serv

28

                                                  1