UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTRY WILIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>J. FANNON,<br><br>             Defendant. | No. 2:19-cv-0486 MCE DB P<br><br><u>ORDER TO SHOW CAUSE</u> |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Defendant, a former correctional officer, is not represented by counsel. By an order filed June 28, 2019, this court directed the United States Marshal to serve all process without prepayment of costs. On June 22, 2020, the Marshal returned the summons and complaint indicating service on defendant Fannon had been executed. Defendant although properly served,[1] has not yet filed a responsive pleading.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Defendant J. Fannon show cause, within thirty days from the date of this order, why default should not be entered; and

////

---

[1] Court records indicate that defendant Fannon accepted service on June 22, 2020.

1

2. The Clerk of the Court shall forward a copy of this order to defendant J. Fannon, 697-332 Gold Run Rd, Susanville, CA 96130.

Dated: January 15, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/Will0486.77d