1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENTRY WILLIAMS,                          No.  2:19-cv-0486 MCE DB P

12                  Plaintiff,

13        v.                                    ORDER

14   J. FANNON,

15                  Defendant.

16

17        Plaintiff is a state prisoner who alleges defendant used excessive force in violation of

18   plaintiff's Eighth Amendment rights.  Both parties are proceeding pro se.  Defendant has

19   requested a settlement conference.

20        This court requires information from both parties before scheduling a settlement

21   conference.  First, plaintiff must agree that a settlement conference would be useful at this time.

22   Second, both parties must inform the court whether they will waive any claim of disqualification

23   from having the undersigned magistrate judge conduct the settlement conference.  If a party does

24   not waive any claim of disqualification, and if both parties agree to a settlement conference, then

25   a settlement conference will be scheduled before a different magistrate judge.  Third, defendant

26   must inform the court whether he has access to Zoom video conferencing.  Due to the ongoing

27   COVID-19 pandemic, the court is not holding settlement conferences in person.  Instead, the

28   conference will be held through video conferencing.  The court can arrange for plaintiff's

                                           1

appearance at a video conference but requires confirmation that defendant can participate through that method as well.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1.  Within twenty days of the date of this order, plaintiff shall file with the court, and serve on defendant Fannon, the following statement:

    a.  Whether plaintiff does, or does not, feel a settlement conference would be useful at this time; and

    b.  If plaintiff feels a settlement conference would be useful, he shall state whether he waives any claim of disqualification from having the undersigned magistrate judge conduct the settlement conference.

2.  If plaintiff states that a settlement conference would be useful, within fourteen days of the date plaintiff serves his statement[1] on defendant Fannon, defendant Fannon shall file with the court, and serve on plaintiff, the following statement:

    a.  Whether defendant has access to Zoom video conferencing;

    b.  Whether defendant waives any claim of disqualification from having the undersigned magistrate judge conduct the settlement conference.

3.  After receipt of the parties' statements, and if both parties agree to a settlement conference, the court will schedule one.

Dated:  February 17, 2021

DLB:9
DB/prisoner-civil rights/will0486.sett conf confirm

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff accomplishes service on defendant on the date he provides his statement to prison authorities for mailing to defendant Fannon.

2