UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTRY WILLIAMS,<br><br>           Plaintiff,<br><br>     v.<br><br>J. FANNON,<br><br>           Defendant. | No. 2: 19-cv-0486 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff is ordered to send defendant a signed notice of voluntary dismissal with prejudice within fourteen days of the date of this order.

On May 25, 2021 the undersigned conducted a settlement conference in this action. This action settled.[1]

According to the terms of the settlement, defendant agreed to pay plaintiff $2,500.

At the settlement conference, the undersigned instructed plaintiff to prepare and send defendant a signed notice of voluntary dismissal with prejudice of this action. Upon receipt of the notice of dismissal, the undersigned directed defendant to sign and file the notice of dismissal within thirty days of May 25, 2021.

---

[1] At the settlement conference, the parties agreed that the transcript from the settlement conference would be the formal settlement agreement.

1

Following the settlement conference, defendant provided the court proof of payment of the settlement money.

On June 24, 2021, plaintiff filed a document titled, "Private Settlement Agreement and Release of All Claims on Defendant J. Fannon." (ECF No. 49.) This document is not a notice of voluntary dismissal with prejudice. This document also misrepresents the terms of the settlement and does not contain defendant Fannon's signature.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall mail defendant Fannon a signed notice of voluntary dismissal with prejudice; within thirty days of the date of this order, defendant Fannon shall sign and file the notice of voluntary dismissal with prejudice; if defendant Fannon does not receive the notice from plaintiff within fourteen days of the date of this order, he shall notify the court.

Plaintiff's failure to comply with this order may result in the imposition of sanctions of $2,500.

Dated: June 25, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will486.ord.kc