UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTRY WILLIAMS, | No. 2: 19-cv-0486 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| J. FANNON, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The undersigned herein addresses plaintiff's failure to comply with the July 19, 2021 order for plaintiff to pay sanctions of $1000.

On May 25, 2021, the undersigned conducted a settlement conference in this action.  This action settled.  Pursuant to the terms of the settlement that were placed on the record, defendant agreed to pay plaintiff $2500 and the parties agreed to dismiss this action with prejudice.[1]

At the settlement conference, the undersigned instructed plaintiff to prepare and send defendant a notice of voluntary dismissal with prejudice of this action.  Upon receipt of the notice of dismissal, the undersigned directed defendant to sign and file the notice of dismissal within

---

[1] At the settlement conference, the parties agreed that the transcript from the settlement conference would be the formal settlement agreement.  (See ECF No. 47 (transcript from settlement conference).)

1

1  thirty days of May 25, 2021.

2  Following the settlement conference, defendant provided the court with proof of payment
3  of the settlement money.

4  Plaintiff did not comply with the order to send defendant the notice of dismissal.  Instead,
5  plaintiff filed a document titled "Private Settlement Agreement and Release of All Claims on
6  Defendant J. Fannon."  (ECF No. 49.)  This document is not a notice of voluntary dismissal with
7  prejudice.  This document also significantly misrepresents the terms of the settlement and does
8  not contain defendant Fannon's signature.

9  On June 25, 2021, the undersigned ordered plaintiff to mail defendant Fannon a signed
10  notice of voluntary dismissal with prejudice within fourteen days of the order.  (ECF No. 50.)
11  The undersigned ordered defendant to sign and file this notice within thirty days of the order.
12  (Id.)  If defendant Fannon did not receive the notice from plaintiff within fourteen days, the
13  undersigned directed defendant Fannon to notify the court.  (Id.)  In the June 25, 2021 order, the
14  undersigned cautioned plaintiff that failure to comply with the order may result in the imposition
15  of monetary sanctions.  (Id.)

16  On July 14, 2021, defendant Fannon filed a notice stating that he did not receive a notice
17  of voluntary dismissal from plaintiff within fourteen days of the June 25, 2021 order.  (ECF No.
18  51.)

19  On July 19, 2021, the undersigned dismissed this action with prejudice.  (ECF No. 52.)
20  The undersigned also ordered plaintiff to pay, within fourteen days of the date of the order,
21  sanctions of $1000.00 for his failure to comply with the June 25, 2021 order directing him to send
22  defendant Fannon a notice of voluntary dismissal with prejudice.  (Id.)   Fourteen days passed and
23  plaintiff did not pay the sanctions.

24  Accordingly, the undersigned herein refers this action to the Office of the California
25  Attorney General and the California Department of Corrections and Rehabilitation ("CDCR") to
26  determine whether plaintiff has sufficient money in his trust account to pay the sanctions ordered
27  in the July 19, 2021 order.  If plaintiff has sufficient money to pay the sanctions, the Office of the
28  California Attorney General and/or CDCR shall take appropriate measures to ensure that plaintiff

complies with the July 19, 2021 order.  If plaintiff does not have sufficient money in his trust account to pay the sanctions, the undersigned orders that any money plaintiff receives from future settlements or judgments shall be applied toward the sanctions ordered in the July 19, 2021 order.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is referred to the Office of California Attorney General and CDCR to determine whether plaintiff has sufficient money in his trust account to pay the sanctions ordered in the July 19, 2021 order; if plaintiff has sufficient money, the Office of the California Attorney General and/or CDCR shall take appropriate measures to ensure that plaintiff complies with the July 19, 2021 order;
2. If plaintiff does not have sufficient money in his trust account to pay the sanctions, any money plaintiff receives from future settlements or judgments shall be applied toward the sanctions ordered in the July 19, 2021 order;
3. The Clerk of the Court shall serve this order on Supervising Deputy Attorney General Monica Anderson.

Dated:  August 31, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will486.san

3